IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-03351-MEH | Date: | February 3, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                          *Counsel:*

UNITED FOOD AND COMMERCIAL WORKERS              Jamie Scubelek
UNION, LOCAL NO. 7                                                  John Bowen

    Plaintiffs,

v.

KING SOOPERS, INC.                                                  Jonathon Watson
                                                                    Raymond Deeny

    Defendant.

**COURTROOM MINUTES
MOTION HEARING**

**9:39 a.m.     Court in session.**

Court calls case.  Appearances of counsel.

Following oral argument, the [17] MOTION to Stay *Discovery* by Defendant King Soopers, Inc. is DENIED.

**Initial Rule 26 Disclosures:   February 17, 2015**
**Joinder of Parties and Amendment of Pleadings: March 31, 2015**
**Discovery Deadline:  August 17, 2015**
**Dispositive Motion Deadline:         September 17, 2015**
**Initial Rule 26(a)(2) Disclosures:     June 22, 2015**
**Rebuttal Rule 26(a)(2) Disclosures:  July 20, 2015**

**Final Pretrial Conference:   November 3, 2015 at 10:00 a.m.** before Magistrate Judge Hegarty in Courtroom A 501, Arraj Courthouse. In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **one week  prior to the conference.**

A trial date will be selected at the Final Pretrial Conference.

IT IS ORDERED THAT the parties shall submit a Scheduling Order to Chambers for signature on or before February 13, 2015.

**9:50 a.m.**     **Court in recess.**     Hearing concluded.
Total in-court time    00:11

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.