IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No:    1:14-cv-03351-MEH        Date:  April 2, 2015
Courtroom Deputy:   Molly Davenport          FTR:  Courtroom A 501

*Parties:*                        *Counsel:*

UNITED FOOD AND COMMERCIAL WORKERS    Jamie Scubelek
UNION, LOCAL NO. 7                      John Bowen

    Plaintiff,

v.

KING SOOPERS, INC.                   Jonathon Watson
                                   Raymond Deeny

    Defendant.

**COURTROOM MINUTES
MOTION HEARING**

**2:58 p.m.    Court in session.**

Court calls case.  Appearances of counsel.

Following oral argument on the [15] Motion to Dismiss by King Soopers, the Court has taken the matter UNDER ADVISEMENT.

**3:34 p.m.    Court in recess.**   Hearing concluded.
Total in-court time   00:36

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.